FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 31 2011
CENTRAL DISTRICT OF CALIFORNIA
BY Shy DEPUTY

ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CECIL SHIELDS,<br>    Petitioner,<br>v.<br>MICHAEL MARTEL,<br>    Respondent. | Case No. CV 11-06531 DDP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: August _31_, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 31 2011
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY